**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Eastern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dynaco, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fdba Dynaco Food Service<br>fdba Dynaco Equipment<br>dba Dynaco Meat** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **94-2203321** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**10 Riverpark Place East, Suite 104<br>Fresno, CA**<br>ZIPCODE **93720** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Fresno** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**10 Riverpark Place East, Suite 104, Fresno, CA**    ZIPCODE **93720**

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
2011-62472
FILED
November 16, 2011
4:36 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003905356
```

Case 11-62472    Filed 11/16/11    Doc 1

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Dynaco, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)                    Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box.)<br>    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br>    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes.)<br>    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord or lessor that obtained judgment)<br><br>    _____<br>    (Address of landlord or lessor)<br><br>    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br>    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br>    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                                    Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Dynaco, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X _____
   Signature of Attorney for Debtor(s)

**Hilton A. Ryder**
**McCormick Barstow LLP**
**5 River Park Place East**
**Fresno, CA  93720-1501**

11-15-11
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
   Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

**Randy Brooks**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

_____
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of California

IN RE:                                                          Case No. _____

Dynaco, Inc.                                          _____  Chapter **11** _____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include(1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Hervey T. Brooks<br>720 E. North Avenue, Ste. 108<br>Fresno, CA  93725** | | | | **863,094.25** |
| **Leaf Funding, Inc.<br>P. O. Box 64406<br>Cincinnati, OH  45264-4006** | | | | **419,500.00** |
| **Sysco Of Central California<br>P. O. Box 729<br>Modesto, CA  95353-0729** | | | | **281,432.79** |
| **Tom Nast<br>720 E. North Avenue, Suite 108<br>Fresno, CA  93725** | | | | **234,598.00** |
| **J & D Food Service<br>P. O. Box 12051<br>Fresno, CA  93776-2061** | | | | **103,632.90** |
| **Mary Grove<br>6416 E. Dakota<br>Fresno, CA  93727** | | | | **85,000.00** |
| **The Beebe Family Trust<br>J. Allen Beebe<br>801 10th Street, 5th Floor Ste 1<br>Modesto, CA  95354** | | | | **72,000.00** |
| **Beebe Family Trust<br>801 10th Street, 5th Floor<br>Modesto, CA  95354** | | | | **72,000.00** |
| **First Bank<br>16900 Golden West Street<br>Hutington Beach, CA  92647** | | | | **57,510.00** |
| **Denela, LLC<br>910 Via Palo<br>Nipomo, CA  93444** | | | | **57,300.00** |
| **Sysco Idaho, Inc.<br>P. O. Box 17007<br>Boise, ID  83717-0007** | | | | **51,162.47** |
| **Country Waffles<br>720 E. North Avenue, Ste. 108<br>Fresno, CA  93725** | | | | **48,363.06** |
| **Sonoma County Land Company<br>6240 Montecito Boulevard<br>Santa Rosa, CA  95409** | | | | **39,383.38** |
| **ValPrint<br>P. O. Box 1232<br>Fresno, CA  93777** | | | | **37,261.34** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---:|
| **Sutter Buttes Market Place Partners, LLC**<br>**1210 Stabler Lane**<br>**Yuba City, CA  95993** | **35,000.00** |
| **Blueshield Of California**<br>**File 55331**<br>**Los Angeles, CA  90074-5331** | **31,841.24** |
| **Red Mountain Asset Fund, LLC**<br>**Grubb & Ellis**<br>**Copperwood Square Dept. 8544**<br>**Los Angeles, CA  90084-8544** | **27,698.36** |
| **State Compensation Insurance Fund**<br>**Attn:  Denise Burian**<br>**1275 Market Street**<br>**San Francisco, CA  94103** | **27,230.31** |
| **Sysco Of Central California**<br>**P. O. Box 729**<br>**Modesto, CA  95353-0729** | **24,322.97** |
| **CB USA**<br>**P. O. Box 942**<br>**Fresno, CA  93714** | **22,322.93** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _____     Signature: _____

Randy Brooks, President

(Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### Eastern District of California

IN RE:                                                    Case No. _____

Dynaco, Inc. _____    Chapter __11__
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of securityholder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Chris Bahne | 7 | Common Stockholder |
| David and Fely Guzman | 3 | Common Stockholder |
| Deborah Brooks | 28 | Common Stockholder |
| Joe Archuleta | 4 | Common Stockholder |
| John Koobatian | 3 | Common Stockholder |
| Kelly Allred | 4 | Common Stockholder |
| Linda Brooks | 5 | Common Stockholder |
| Loretta Archuleta | 4 | Common Stockholder |
| Randy Brooks | 28 | Common Stockholder |
| Robin Bahne | 7 | Common Stockholder |
| Sandy Koobatian | 3 | Common Stockholder |
| Scott Allred | 4 | Common Stockholder |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

<span style="color:red">Case 11-62472     Filed 11/16/11     Doc 1</span>

# United States Bankruptcy Court
## Eastern District of California

IN RE:                                                    Case No. _____

Dynaco, Inc.                                             Chapter **11** _____
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $     150,000.00 | | |
| B - Personal Property | Yes | 4 | $   1,550,535.12 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $   2,806,589.51 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $          4,488.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 41 | | $   3,108,528.30 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 55 | $   1,700,535.12 | $   5,919,605.81 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 11-62472    Filed 11/16/11    Doc 1

IN RE Dynaco, Inc. _____    Case No. _____
                    Debtor(s)                                        (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Meat Plant at 2637 S. Elm Avenue, Fresno, CA** | **Fee Simple** | | 150,000.00 | 1,559,660.00 |
| | | TOTAL | 150,000.00 | |
| | | | (Report also on Summary of Schedules) | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Dynaco, Inc.**                                                                 Case No. _____
                              Debtor(s)                                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | | **3,500.00** |
| | | **Estimated cash in registers at six locations** | | **10,000.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase** | | **28,599.00** |
| | | **Wells Fargo Bank** | | **3,144.00** |
| | | **Westamerica Bank** | | **118.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Idaho Power - utility** | | **3,266.00** |
| | | **KLTK Trust** | | **17,460.00** |
| | | **San Diego Gas & Electric - utility** | | **412.00** |
| | | **State Compensation Insurance Fund** | | **18,639.40** |
| | | **Stephen Investments, Inc.** | | **16,111.25** |
| | | **Stonewycke Partners - $36,000.00  - will offset upon rejection** | | **0.00** |
| | | **The Original Mel's, Inc. - $7,254.00 - will offset upon rejection** | | **0.00** |
| | | **Tippecanoe Northpointe, LLC - $15,691.00 - will offset upon rejection** | | **0.00** |
| | | **Turlock Irrigation District - utility** | | **7,517.00** |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **$2,000,000 on Randy Brooks (President/Owner) - $500,000.00 collateral for WestAmerica Bank** | | **0.00** |
| 10. Annuities. Itemize and name each issue. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE __Dynaco, Inc.__

_____

Debtor(s)

Case No. _____

(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Dynaco Franchising, Inc. - wholly owned subsidiary | | unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Cool Hand Luke's - Madera | | 3,385.00 |
| | | Cool Hand Lukes - Paso Robles | | 260.74 |
| | | Costco Wholesale - $3,440.00 - Disputed | | 0.00 |
| | | Huckleberry's - Fairfield - Cal Lundin $7,859.00 - Disputed | | 0.00 |
| | | Sysco of Sacramento | | 23,088.98 |
| | | Sysco of San Francisco | | 10,138.98 |
| | | Yukon Jack's Log Cabin Dining | | 23,334.09 |
| | | Yukon Jacks - Kerman | | 20,446.21 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of he debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Cool Hand Luke's Service Mark | | 50,000.00 |
| | | Huckleberry's Service Mark | | 25,000.00 |
| | | Perko's Service Mark | | 50,000.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc.
_____    Case No. _____
                    Debtor(s)                                                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Liquor License - Cool Hand Luke's - Clovis | | 15,000.00 |
| | | Liquor License - Cool Hand Luke's - San Marcos | | 12,000.00 |
| | | Liquor License - Cool Hand Luke's - Santa Maria | | 86,754.55 |
| | | Liquor License - Cool Hand Lukes - Turlock | | 20,556.44 |
| | | Liquor License - Cool Hand Lukes - Yuba | | 12,000.00 |
| | | Liquor License - Yukon Jack's - Exeter | | 12,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1991 Ford 3/4 Ton Pickup | | 1,000.00 |
| | | 2005 Ford F-150 Truck (150,000 miles) | | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous office equpment | | 10,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Fixtures and equipment at Cool Hand Lukes at Clovis - estimate | | 35,000.00 |
| | | Fixtures and equipment at Cool Hand Lukes at Yuba City - estimate | | 50,000.00 |
| | | Fixtures and equipment at Huckleberry's at Fresno - Champlain - estimate | | 15,000.00 |
| | | Fixtures and equipment at Meat Plant - estimate | | 15,000.00 |
| | | Fixtures and equipment at Perko's - Antelope - estimate | | 5,000.00 |
| | | Fixtures and equipment at Perko's - Brentwood - estimate | | 5,000.00 |
| | | Fixtures and equipment at Perko's - Exeter - estimate | | 15,000.00 |
| 30. Inventory. | | Meat Plant | | 95,104.00 |
| | | Meat Plant - Supplies - No Value | | 0.00 |
| | | Perishable inventory in six corporate stores | | 136,257.15 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Cashier Check | | 11,000.00 |
| | | Notes Receivable - Cool Hand Luke's - Madera | | 111,887.00 |
| | | Notes Receivable - Country Waffles - Selma | | 8,630.07 |

IN RE Dynaco, Inc. _____    Case No. _____
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Notes Receivable - Country Waffles - Vacaville | | 15,540.16 |
| | | Notes Receivable - Country Waffles 924 - Visalia | | 26,291.04 |
| | | Notes Receivable - Country Waffles Pittsburg - $88,801.00 - considered collectible | | 20,000.00 |
| | | Notes Receivable - East West | | 7,400.00 |
| | | Notes Receivable - Huckleberrys - Fairfield | | 284,060.73 |
| | | Notes Receivable - P101 $31,862.00 - uncollectible | | 0.00 |
| | | Notes Receivable - Rafael Arment | | 18,000.00 |
| | | Notes Receivable - Stockholders - $51,845.00 - uncollectible | | 0.00 |
| | | Notes Receivable - Wienke, G & T - $55,600.00 - uncollectible | | 0.00 |
| | | Notes Receivable - Yukon Jack's - Fresno | | 187,633.33 |
| | | | TOTAL | 1,550,535.12 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____0_____ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/10)

Case 11-62472    Filed 11/16/11    Doc 1

**IN RE Dynaco, Inc.** _____    Case No. _____
Debtor(s) (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* _Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

Case 11-62472    Filed 11/16/11    Doc 1

IN RE Dynaco, Inc. _____    Case No. _____

Debtor(s) (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Calmex, Inc <br> 801 Tenth Street, Suite 1 <br> Modesto, CA  95354 | | | Promissory Note secured by all equipment at CHL in Yuba City <br><br><br> VALUE $ 50,000.00 | | | | 546,713.00 | 496,713.00 |
| ACCOUNT NO. 9420 <br><br> Westamerica Bank <br> 2891 Geer Road <br> Turlock, CA  95382 | X | | Line of Credit secured by inventory, equipment, account receivables and general intangibles <br><br> VALUE $ 308,310.99 | | | | 1,559,660.00 | 1,251,349.01 |
| ACCOUNT NO. 5987 <br><br> Westamerica Bank <br> 2891 Geer Road <br> Turlock, CA  95382 | X | | Long Term Note secured by all equipment in Yukon Jack's - Fresno which is owned by the Franchisee <br><br> VALUE $ | | | | 189,014.09 | 189,014.09 |
| ACCOUNT NO. 9987 <br><br> Westamerica Bank <br> 2891 Geer Road <br> Turlock, CA  95382 | X | | Long term note secured by all equipment at Perko's in Exeter - Closed - Landlord has possession <br><br> VALUE $ 15,000.00 | | | | 165,017.62 | 150,017.62 |

_____1 continuation sheets attached

Subtotal <br>(Total of this page)    $ 2,460,404.71    $ 2,087,093.72

Total <br>(Use only on last page)    $    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____    Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5287** <br><br>**Westamerica Bank** <br>**2891 Geer Road** <br>**Turlock, CA  95382** | X | | **Long Term Note secured by all equipment at Huckleberrys in Fresno** <br><br> VALUE $ **15,000.00** | | | | 289,184.80 | 274,184.80 |
| ACCOUNT NO. <br><br>**Westamerica Bank** <br>**P. O. Box 1260** <br>**Suisun City, CA  94585** | X | | <br><br> VALUE $ | | | | 57,000.00 | 57,000.00 |
| ACCOUNT NO. <br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | | |
|---|---|---|
| Subtotal <br> (Total of this page) | $ **346,184.80** | $ **331,184.80** |
| Total <br> (Use only on last page) | $ **2,806,589.51** | $ **2,418,278.52** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE Dynaco, Inc. _____   Case No. _____
Debtor(s)                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1 continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc.
_____     Case No. _____
Debtor(s)     (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**California State Board Of Equalization**<br>**Account Analysis/Control Section MIC 29**<br>**P. O. Box 942879**<br>**Sacramento, CA  94279-0029** | | | **Due from escrow sale of Yukon Jack's - Fresno** | | | | **4,488.00** | **4,488.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **4,488.00** | $ **4,488.00** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **4,488.00** | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **4,488.00** | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Dynaco, Inc. _____    Case No. _____
_____
Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**1st Quality Produce**<br>**138 Fulton Street**<br>**Fresno, CA  93721** | | | | | | | 1,182.99 |
| ACCOUNT NO.<br>**A-Plus Signs, Inc.**<br>**4379 N. Brawley**<br>**Fresno, CA  93722** | | | | | | | 2,572.52 |
| ACCOUNT NO.<br>**Advanced Integrated Pest Management**<br>**P. O. Box 1168**<br>**Roseville, CA  95678-8168** | | | | | | | 75.00 |
| ACCOUNT NO.<br>**Airgas NCN**<br>**6790 Florin Perkins Road, #300**<br>**Sacramento, CA  95828-1812** | | | | | | | 55.00 |

___**40**___ continuation sheets attached

Subtotal (Total of this page)    $ **3,885.51**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____   Case No. _____
              Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Alcholoic Beverage Control** 3927 Lennane Drive, Suite 100 Sacramento, CA 95834 | | | | | | | 1,752.00 |
| ACCOUNT NO. **All In One** 3311 Avalon Avenue Madera, CA 93637 | | | | | | | 1,155.55 |
| ACCOUNT NO. **Allegiant Partners Inc.** 900 4th Street, Suite #200 San Rafael, CA 94901 | | | Terminated lease | | | X | 0.00 |
| ACCOUNT NO. **Allen Beebe** 801 10th Street, 5th Floor, Ste. 1 Modesto, CA 95354 | | | Co-Lessee | | | | unknown |
| ACCOUNT NO. **Allen Mohammadi** P. O. Box 3826 Clovis, CA 93613 | | | Terminated lease | | | X | 0.00 |
| ACCOUNT NO. **Allied Waste Services** 5501 N. Goldenstate Blvd Fresno, CA 93722-5021 | | | | | | | 180.88 |
| ACCOUNT NO. **Alpine Drinking Water** P. O. Box 13208 Fresno, CA 93794 | | | | | | | 54.10 |

Sheet no. **1** of **40** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal
(Total of this page)  $ **3,142.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____   Case No. _____
                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Alpine Refrigeration** P. O. Box 395 Nipomo, CA 93444 | | | | | | | 1,310.29 |
| ACCOUNT NO. **Alvarez Coffee Service** 1075 Amethyst Drive Santa Maria, CA 93455 | | | | | | | 135.29 |
| ACCOUNT NO. **American Datavault, Inc.** P. O. Box 12725 Fresno, CA 93779 | | | | | | | 55.90 |
| ACCOUNT NO. **American Mechanical Corporation** 3405 Arthur Street Caldwell, ID 83605 | | | | | | | 969.20 |
| ACCOUNT NO. **American Society Of Composers** 2675 Paces Ferry Road SE, Suite 350 Atlanta, GA 30339-3913 | | | | | | | 11.89 |
| ACCOUNT NO. **Ameriguard Maintenance Services** P. O. Box 12486 Fresno, CA 93778-2486 | | | | | | | 550.00 |
| ACCOUNT NO. **Appeal Democrat** 1530 Ellis Lake Drive Marysville, CA 95901 | | | | | | | 600.00 |

Sheet no. __2__ of __40__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 3,632.57

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____   Case No. _____
             Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> AT&T <br> Payment Center <br> Sacramento, CA  95887-0001 | | C | Turlock | | | | 331.41 |
| ACCOUNT NO. <br><br> AT&T <br> Payment Center <br> Sacramento, CA  95887-0001 | | C | Huckleberry's - Fresno | | | | 216.70 |
| ACCOUNT NO. <br><br> AT&T <br> Payment Center <br> Sacramento, CA  95887-0001 | | C | Brentwood | | | | 397.07 |
| ACCOUNT NO. <br><br> AT&T <br> Payment Center <br> Sacramento, CA  95887-0001 | | C | 7781 Meat Plant | | | | 134.96 |
| ACCOUNT NO. <br><br> AT&T <br> Payment Center <br> Sacramento, CA  95887-0001 | | C | CHL  Yuba City | | | | 404.54 |
| ACCOUNT NO. <br><br> AT&T <br> Payment Center <br> Sacramento, CA  95887-0001 | | C | Meat Plant Alarm Lines | | | | 85.59 |
| ACCOUNT NO. <br><br> AT&T Long Distance <br> P. O. Box 5017 <br> Carol Stream, IL  60197-5017 | | C | | | | | 7.91 |

Sheet no. ___3___ of ___40___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal
                             (Total of this page)  $   1,578.18

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc.                                                Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Auto Chlor System**<br>**111 S. Judge Ely**<br>**Albiene, TX 79602** | C | | | | | | 2,732.52 |
| ACCOUNT NO.<br>**Auto Chlor System**<br>**515 Stone Road**<br>**Venicia, CA 94510** | C | **Perko's Brentwood** | | | | | 874.66 |
| ACCOUNT NO.<br>**Bank Of The West**<br>**P. O. Box 515274**<br>**Los Angeles, CA 90051-6574** | C | | | | | | 5,485.57 |
| ACCOUNT NO.<br>**Banks Plumbing & Appliance, Inc**<br>**1700 North Boradway**<br>**Santa Maria, CA 93454** | C | | | | | | 150.00 |
| ACCOUNT NO.<br>**Beebe Family Trust**<br>**801 10th Street, 5th Floor**<br>**Modesto, CA 95354** | | **Lease - arrears** | | | | | 72,000.00 |
| ACCOUNT NO.<br>**Best Western**<br>**Yuba City Inn**<br>**894 W. Onslott Road**<br>**Yuba City, CA 95991** | C | | | | | | 593.94 |
| ACCOUNT NO.<br>**Bimbo Bakeries USA**<br>**File 52176**<br>**Los Angeles, CA 90074** | C | **Huckleberry's - Fresno** | | | | | 80.11 |

Sheet no. ___**4**___ of ___**40**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 81,916.80

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Dynaco, Inc.
_____    Case No. _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bimbo Bakeries USA**<br>**File 52176**<br>**Los Angeles, CA  90074** | C | | **Huckleberry's - Tulare** | | | | 144.20 |
| ACCOUNT NO.<br><br>**Bimbo Bakeries USA**<br>**File 52176**<br>**Los Angeles, CA  90074** | C | | **Perko's - Brentwood** | | | | 2,051.11 |
| ACCOUNT NO.<br><br>**Bimbo Bakeries USA**<br>**File 52176**<br>**Los Angeles, CA  90074** | C | | **Perko's - Exeter** | | | | 260.26 |
| ACCOUNT NO.<br><br>**Birthday Connections**<br>**812 Chestnut Street**<br>**Perkasie, PA  18944** | C | | | | | | 2,154.60 |
| ACCOUNT NO.<br><br>**Blueshield Of California**<br>**File 55331**<br>**Los Angeles, CA  90074-5331** | C | | | | | | 31,841.24 |
| ACCOUNT NO.<br><br>**Bradshaw Investment Group**<br>**720 Howe Avenue, Suite 101**<br>**Sacramento, CA  95825** | | | **Terminated lease** | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Business Evaluation Services**<br>**P. O. Box 507**<br>**Arroyo Grande, CA  93421** | C | | | | | | 1,632.00 |

Sheet no. _____5____ of ____40____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 38,083.41

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 11-62472    Filed 11/16/11    Doc 1

IN RE **Dynaco, Inc.** _____    Case No. _____

Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**C & C Properties**<br>**4430 Arundel Road**<br>**Pollock Pines, CA  95726** | | | | | | | 5,000.00 |
| ACCOUNT NO.<br>**Call America**<br>**P. O. Box 2320**<br>**Stockton, CA  95201-2320** | | | | | | | 111.81 |
| ACCOUNT NO.<br>**Capital City Signs, Inc.**<br>**4777 Auburn Blvd, Unit 1000**<br>**Sacramento, CA  95841** | | | | | | | 4,307.57 |
| ACCOUNT NO.<br>**Carl Panattoni**<br>**Ray Olmscheid**<br>**8413 Jackson Road, Suite C**<br>**Sacramento, CA  95826** | | | Terminated lease | | | X | 0.00 |
| ACCOUNT NO.<br>**Castello Properties**<br>**P. O. Box 320426**<br>**Los Gatos, CA  95032-0107** | | | | | | | 17,405.00 |
| ACCOUNT NO.<br>**CB USA**<br>**P. O. Box 942**<br>**Fresno, CA  93714** | | | | | | | 22,322.93 |
| ACCOUNT NO.<br>**Central Coast Food Service Distributors**<br>**365 Mehlschau Road**<br>**Nipomo, CA  93444** | | | | | | | 94.25 |

Sheet no. ____**6**___ of ___**40**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 49,241.56

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

24

B6F (Official Form 6F) (12/07) - Cont.

IN RE Dynaco, Inc. _____    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Central Coast Ssm, Inc.**<br>**2460 Telephone Road**<br>**Santa Maria, CA  93454** | | | **Terminated lease** | | | X | 0.00 |
| ACCOUNT NO.<br>**Central Valley Culligan**<br>**2479 S. Orange Avenue**<br>**Fresno, CA  93725-1332** | | | | | | | 301.97 |
| ACCOUNT NO.<br>**Century Valley Culligan**<br>**2479 S. Orange Avenue**<br>**Fresno, CA  93725-1332** | | | | | | | 64.23 |
| ACCOUNT NO.<br>**CenturyLink**<br>**P. O. Box 52187**<br>**Phoenix, AZ  85072-2187** | | | **CHL Clovis** | | | | 38.97 |
| ACCOUNT NO.<br>**CenturyLink**<br>**P. O. Box 52187**<br>**Phoenix, AZ  85072-2187** | | | **CHL Eagle** | | | | 656.81 |
| ACCOUNT NO.<br>**Ceridian**<br>**P. O. Box 10989**<br>**Newark, NJ  07193** | | | | | | | 126.56 |
| ACCOUNT NO.<br>**Challenge Dairy**<br>**File 81901**<br>**P. O. Box 6000**<br>**San Francisco, CA  94160** | | | **Meat Plant** | | | | 144.06 |

Sheet no. ___**7**___ of ___**40**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **1,332.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc.
_____    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Challenge Dairy <br>File 81901 <br>P. O. Box 6000 <br>San Francisco, CA  94160 | | | Turlock | | | | 1,075.80 |
| ACCOUNT NO. <br><br>Chem Tech <br>P. O. Box 908 <br>Turlock, CA  95381 | | | CHL Clovis | | | | 1,229.07 |
| ACCOUNT NO. <br><br>Chem Tech <br>P. O. Box 908 <br>Turlock, CA  95381 | | | CHL Turlock | | | | 2,067.62 |
| ACCOUNT NO. <br><br>Chris Bahne <br>6410 S. East Avenue <br>Fresno, CA  93725 | | | Equipment Shop | | | | 3,566.28 |
| ACCOUNT NO. <br><br>CIT Technology Financial Services <br>P. O. Box 100706 <br>Pasadena, CA  91189-0706 | | | | | | | 3,235.79 |
| ACCOUNT NO. <br><br>City Of Brentwood <br>P. O. Box 7194 <br>Pasadena, CA  91109-7194 | | | | | | | 967.65 |
| ACCOUNT NO. <br><br>City Of Tulare <br>Utility Billing Department <br>411 E. Kern Avenue, Ste. F <br>Tulare, CA  93274 | | | | | | | 424.70 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. ___8___ of ___40___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $   12,566.91

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

IN RE Dynaco, Inc. _____    Case No. _____

Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| City Of Turlock Finance Office 156 S. Broadway, Suite 114 Turlock, CA 95380-5454 | | | | | | | 35.00 |
| ACCOUNT NO. | | | | | | | |
| Cleaning Supply Warehouse, Inc. P. O. Box 2128 Nipomo, CA 93444 | | | | | | | 4,559.60 |
| ACCOUNT NO. | | | | | | | |
| Clear Channel Broadcasting P. O. Box 847616 Dallas, TX 75284-7616 | | | | | | | 1,599.00 |
| ACCOUNT NO. | | | | | | | |
| Clear Channel Broadcasting P. O. Box 847616 Dallas, TX 75284-7616 | | | | | | | 1,497.00 |
| ACCOUNT NO. | X | | | | | | |
| Clovis, LLC 7355 N. Palm Avenue, #103 Fresno, CA 93711 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Coast Line Distributing 1629 N. Carlotti Drive Santa Maria, CA 93454 | | | | | | | 6,592.52 |
| ACCOUNT NO. | | | Terminated lease | | | X | |
| Cobblestone Center Associates LLC 1990 3rd Street Sacramento, CA 95811 | | | | | | | 0.00 |

Sheet no. ___9___ of ___40___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 14,283.12

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____     Case No. _____

Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Cool Hand Lukes** <br> **656 Santa Rosa 3A** <br> **San Luis Obispo, CA  93401** | | | | | | | 743.74 |
| ACCOUNT NO. <br> **Corpuz Trust** <br> **2887 McLaughlin Avenue, #A** <br> **San Jose, CA  95121** | | | **Terminated Lease** | | | | 0.00 |
| ACCOUNT NO. <br> **Country Waffles** <br> **720 E. North Avenue, Ste. 108** <br> **Fresno, CA  93725** | | | | | | | 48,363.06 |
| ACCOUNT NO. <br> **Cresco - Fresno** <br> **2018 S. Van Ness** <br> **Fresno, CA  93721** | | | | | | | 137.51 |
| ACCOUNT NO. <br> **Crossroads S.C. One** <br> **1117 Lone Palm Avenue** <br> **Modesto, CA  95353** | | | **Terminated lease** | | | X | 0.00 |
| ACCOUNT NO. <br> **Culligan Water Conditioning** <br> **P. O. Box 951** <br> **Lindsay, CA  93247-0951** | | | **Huckleberry's - Tulare** | | | | 111.08 |
| ACCOUNT NO. <br> **Culligan Water Conditioning** <br> **P. O. Box 951** <br> **Lindsay, CA  93247-0951** | | | **Perko's - Exeter** | | | | 66.11 |

Sheet no. ____10___ of ____40___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 49,421.50

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

IN RE Dynaco, Inc. _____   Case No. _____

Debtor(s)                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> CWC Diversified, Inc. <br> 27878 Shady Oak Road <br> Clovis, CA 93619-9712 | | | | | | | 1,728.86 |
| ACCOUNT NO. <br> DAHA Investments <br> 345 Hickory Street <br> Red Bluff, CA 96080 | | | Terminated Lease | | | | 0.00 |
| ACCOUNT NO. <br> Daltile <br> P. O. Box 100396 <br> Pasadena, CA 91189-0396 | | | | | | | 135.82 |
| ACCOUNT NO. <br> David Day <br> 351 N. Walnut Avenue, #15` <br> Turlock, CA 95380 | | | Terminated Lease | | | | 0.00 |
| ACCOUNT NO. <br> David Federico <br> 9647 Micron Avenue <br> Sacramento, CA 95827 | | | Co-Lessee | | | | unknown |
| ACCOUNT NO. <br> De Mar, LLC <br> 1951 Golden Way <br> Mountain View, CA 94040 | | | Terminated Lease | | | | 0.00 |
| ACCOUNT NO. <br> Deanna Lambka <br> 547 Park Street <br> Lodi, CA 95240 | | | Co-Lessee | | | | unknown |

Sheet no. __11__ of __40__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,864.68**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____    Case No. _____
                  Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Delta Sierra Beverage**<br>3700 Finch Road<br>Modesto, CA 95357-4140 | | | | | | | 1,248.90 |
| ACCOUNT NO.<br>**Denela, LLC**<br>910 Via Palo<br>Nipomo, CA 93444 | | | Lease - arrears | | | | 57,300.00 |
| ACCOUNT NO.<br>**Diamond Sharp, Inc.**<br>513 Mercury Lane<br>Brea, CA 92821 | | | | | | | 17.00 |
| ACCOUNT NO.<br>**Discovery Locks & More, Inc.**<br>4865 South Point<br>Discovery Bay, CA 94505 | | | | | | | 100.83 |
| ACCOUNT NO.<br>**DK Development**<br>P. O. Box 1687<br>Turlock, CA 95381 | | | | | | | 21,204.00 |
| ACCOUNT NO.<br>**Donaghy Sales**<br>2363 S. Cedar Avenue<br>Fresno, CA 93725 | | | CHL Clovis | | | | 3,185.00 |
| ACCOUNT NO.<br>**Donaghy Sales**<br>2363 S. Cedar Avenue<br>Fresno, CA 93725 | | | Perko's - Exeter | | | | 408.36 |

Sheet no. __12__ of __40__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal<br>(Total of this page) $ 83,464.09

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____     Case No. _____
                          Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Dynaco**<br>**10 Riverpark Place East, Suite 104**<br>**Fresno, CA  93720** | | | **Corporate store purchases** | | | | **975.06** |
| ACCOUNT NO.<br>**Ecolab Pest Elimination**<br>**P. O. Box 6007**<br>**Grand Forks, CA  58206-6007** | | | | | | | **640.66** |
| ACCOUNT NO.<br>**Ecowater Systems**<br>**380 Carrol Court**<br>**Brentwood, CA  94513** | | | | | | | **218.34** |
| ACCOUNT NO.<br>**Elk Grove & I-5 LLC**<br>**705 Gold Lake Drive, #345**<br>**Folsom, CA  95360** | | | **Terminated Lease** | | | | **0.00** |
| ACCOUNT NO.<br>**EnerPower**<br>**P. O. Box 2902**<br>**San Ramon, CA  94583** | | | | | | | **434.00** |
| ACCOUNT NO.<br>**ENRI 2, LLC**<br>**C/O Manco Attott, Inc.**<br>**851 Munras Avenue, MO  93940** | | | **Terminated lease** | | | X | **0.00** |
| ACCOUNT NO.<br>**ET Plumbing Services**<br>**P. O. Box 608**<br>**Clovis, CA  93613** | | | | | | | **823.25** |

Sheet no. ____13__ of ____40__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 3,091.31

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc.

_____ Case No. _____

Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Express Service**<br>**2768 S. Featherly Way**<br>**Boise, ID  83709** | | | | | | | 112.55 |
| ACCOUNT NO.<br>**Famco Enterprises**<br>**7946 N. Maple Avenue, #104**<br>**Fresno, CA  93720** | | | | | | | 8,000.00 |
| ACCOUNT NO.<br>**Farmer Brothers Coffee**<br>**P. O. Box 79705**<br>**City Of Industry, CA  91716-9705** | | | CHL - Clovis | | | | 673.67 |
| ACCOUNT NO.<br>**Farmer Brothers Coffee**<br>**P. O. Box 79705**<br>**City Of Industry, CA  91716-9705** | | | CHL - Eagle | | | | 380.97 |
| ACCOUNT NO.<br>**Farmer Brothers Coffee**<br>**P. O. Box 79705**<br>**City Of Industry, CA  91716-9705** | | | CHL Turlock | | | | 165.35 |
| ACCOUNT NO.<br>**Farmer Brothers Coffee**<br>**P. O. Box 79705**<br>**City Of Industry, CA  91716-9705** | | | CHL - Yuba City | | | | 612.92 |
| ACCOUNT NO.<br>**Farmer Brothers Coffee**<br>**P. O. Box 79705**<br>**City Of Industry, CA  91716-9705** | | | CHS SM | | | | 705.73 |

Sheet no. ___14___ of ___40___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **10,651.19**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____   Case No. _____
Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Farmer Brothers Coffee** <br> **P. O. Box 79705** <br> **City Of Industry, CA  91716-9705** | | | **Huckleberry's - Fresno** | | | | 3,778.61 |
| ACCOUNT NO. <br> **Farmer Brothers Coffee** <br> **P. O. Box 79705** <br> **City Of Industry, CA  91716-9705** | | | **Huckleberry's - Tulare** | | | | 3,324.01 |
| ACCOUNT NO. <br> **Farmer Brothers Coffee** <br> **P. O. Box 79705** <br> **City Of Industry, CA  91716-9705** | | | **Perko's - Brentwood** | | | | 2,231.55 |
| ACCOUNT NO. <br> **Farmer Brothers Coffee** <br> **P. O. Box 79705** <br> **City Of Industry, CA  91716-9705** | | | **Perko's - Exeter** | | | | 2,140.10 |
| ACCOUNT NO. <br> **Fed Ex** <br> **P. O. Box 7221** <br> **Pasadena, CA  91109-7321** | | | | | | | 1,491.41 |
| ACCOUNT NO. <br> **FireMaster** <br> **Dept 1019** <br> **P. O. Box 121019** <br> **Dallas, TX  75312-1019** | | | | | | | 750.00 |
| ACCOUNT NO. <br> **First Bank** <br> **16900 Golden West Street** <br> **Hutington Beach, CA  92647** | | | | | | | 57,510.00 |

Sheet no. ___15___ of ___40___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | $ | 71,225.68

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

Case 11-62472   Filed 11/16/11   Doc 1

IN RE Dynaco, Inc. _____  Case No. _____
                          Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Forms Etc. P. O. Box 2220 Clovis, CA 93613 | | | | | | | 1,933.47 |
| ACCOUNT NO. | | | | | | | |
| Fresno Gateway Plaza 480 West Sierra Ave., Ste. 107 Fresno, CA 93704 | | | | | | | 3,684.94 |
| ACCOUNT NO. | | | | | | | |
| Fruit Growers Supply Company P. O. Box 10352 Van Nuys, CA 91410-0352 | | | | | | | 6,934.49 |
| ACCOUNT NO. | | | Terminated lease | | | X | |
| Gabrielsen Family Trust 711 Grand Avenue, Suite 100 San Rafael, CA 94901 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Gina Emmert Graphic Design 34725 Polk Ranch Road Coarsegold, CA 93614 | | | | | | | 184.00 |
| ACCOUNT NO. | | | | | | | |
| Glacier Refrigeration & Ari 1200 Valley View Selma, CA 93682 | | | | | | | 14,507.52 |
| ACCOUNT NO. | | | | | | | |
| Grubb & Ellis Clovis I Dept. 8386 Los Angeles, CA 90084-8386 | | | | | | | 13,733.54 |

Sheet no. __16__ of __40__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 40,977.96

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

IN RE <u>Dynaco, Inc.</u>                                                             Case No. _____
                              Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>GuestLine<br>P. O. Box 2712<br>Clovis, CA 93612-2712 | | | | | | | 125.00 |
| ACCOUNT NO.<br>Happy Bees, Inc.<br>2122 Patterson Road<br>Riverbak, CA 95367 | | | | | | | 14,000.00 |
| ACCOUNT NO.<br>Happy Bees, Inc.<br>Jeff And Stev E Burns<br>2122 Patterson Road<br>Riverbak, CA 95367 | | | Terminated lease | | | X | 0.00 |
| ACCOUNT NO.<br>Hastings Family Trust<br>504 First Street, #A<br>Paso Robles, CA 93446 | | | Terminated Lease | | | | 0.00 |
| ACCOUNT NO.<br>Hervey T. Brooks<br>720 E. North Avenue, Ste. 108<br>Fresno, CA 93725 | | | Stock Redemption | | | | 863,094.25 |
| ACCOUNT NO.<br>Hervey T. Brooks<br>720 E. North Avenue, Ste. 108<br>Fresno, CA 93725 | | | Meat credit | | | | 45,961.00 |
| ACCOUNT NO.<br>Hi-Tech Mechanical Contractors, Inc.<br>2580 Auburn Folsom Road<br>Newcastle, CA 95658 | | | | | | | 1,406.28 |

Sheet no. ____17__ of ____40__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 924,586.53

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____   Case No. _____
    Debtor(s)      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Highway 88 & 99 Land Co. Attn: Al Kaplan P. O. Box 36 Danville, CA 94526 | | | | | | | 7,181.54 |
| ACCOUNT NO. | | | | | | | |
| Huckleberry's Mike & Lucie Ruiz 4888 N. Rowell Avenue Fresno, CA 93726 | | | | | | | 1,200.00 |
| ACCOUNT NO. | | | | | | | |
| IEH-BSK Food & Dairy Laboratory 15300 Bothell Way North East Lake Forest, WA 98155 | | | | | | | 240.00 |
| ACCOUNT NO. | | | | | | | |
| Image Imprint 1400 N. 9th Street #42 Modesto, CA 95350 | | | | | | | 2,404.73 |
| ACCOUNT NO. | | | | | | | |
| J & D Food Service P. O. Box 12051 Fresno, CA 93776-2061 | | | | | | | 103,632.90 |
| ACCOUNT NO. | | | Terminated lease | | | X | |
| J & S Management 702 Marshall Street, Suite #420 Redwood City, CA 94063 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Johnson's Boiler & Control, Inc. 2440 S. Gearhart Avenue Fresno, CA 93725 | | | | | | | 89.26 |

Sheet no. __18__ of __40__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 114,748.43

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____     Case No. _____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jorgensen Company<br>2691 South East Avenue<br>Fresno, CA 93706-5497 | | | | | | | 191.98 |
| ACCOUNT NO.<br>Juluis Traina, Et Al.<br>27320 Fairoaks Road<br>Tracy, CA 95304 | | | Terminated lease | | | X | 0.00 |
| ACCOUNT NO.<br>KFRE-TV<br>5111 E. McKinley Avenue<br>Fresno, CA 93727 | | | | | | | 5,625.00 |
| ACCOUNT NO.<br>Khatri Brothers<br>909 16th Street<br>Modesto, CA 95354 | | | Terminated lease | | | X | 0.00 |
| ACCOUNT NO.<br>Kobus Business Systems<br>P. O. Box 330<br>Dinuba, CA 93618 | | | | | | | 775.77 |
| ACCOUNT NO.<br>KSBY-TV<br>1772 Calle Joaquin<br>San Luis Obispo, CA 93405 | | | | | | | 3,250.00 |
| ACCOUNT NO.<br>Kusch & Kusch, Inc.<br>1053 G Street<br>Reedley, CA 93654 | | | Terminated lease | | | X | 0.00 |

Sheet no. __19__ of __40__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  9,842.75

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 11-62472   Filed 11/16/11   Doc 1

IN RE Dynaco, Inc. _____   Case No. _____
                    Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> L & G Amaral <br> P. O. Box 1450 <br> Nevada City, CA 95959 | | | Terminated lease | | | X | 0.00 |
| ACCOUNT NO. <br> L & S Refrigeration <br> P. O. Box 387 <br> Clovis, CA 93613-0387 | | | | | | | 1,020.75 |
| ACCOUNT NO. <br> L. J. K. Food Processing Equipment <br> 1114 Gaugin Way <br> Patterson, CA 95363 | | | | | | | 1,108.21 |
| ACCOUNT NO. <br> Leaf Funding, Inc. <br> P. O. Box 64406 <br> Cincinnati, OH 45264-4006 | X | | Security interest in equipment of Huckleberry's in Fairfield <br> which is owned by Franchisee | | | | 419,500.00 |
| ACCOUNT NO. <br> Leonard's Flores <br> 2331 S. Adler Avenue <br> Fresno, CA 93725 | | | | | | | 150.00 |
| ACCOUNT NO. <br> Linda Mae O'Day <br> 2516 E. Ponrtiac Way <br> Fresno, CA 93726 | | | | | | | 100.00 |
| ACCOUNT NO. <br> Littler Mendelson <br> P. O. Box 45547 <br> San Francisco, CA 94145-0547 | | | | | | | 945.00 |

Sheet no. __20__ of __40__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 422,823.96

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Dynaco, Inc.</u> _____     Case No. _____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Long Range Systems** <br> **P. O. Box 202056** <br> **Dallas, TX 75320-2056** | | | | | | | 1,156.10 |
| ACCOUNT NO. <br><br> **Mantelli Family Trust** <br> **501 Abrego Street** <br> **Montere, CA 93940** | | | **Terminated Lease** | | | | 0.00 |
| ACCOUNT NO. <br><br> **Martin Leasing Corporation** <br> **300 Fellowship Road** <br> **Mount Laurel, NJ 08054** | | | | | | | 847.20 |
| ACCOUNT NO. <br><br> **Mary Grove** <br> **6416 E. Dakota** <br> **Fresno, CA 93727** | | | **Retirement Agreement** | | | | 85,000.00 |
| ACCOUNT NO. <br><br> **Matson Alarm** <br> **8401 N. Fresno Street** <br> **Fresno, CA 93720** | | | | | | | 767.00 |
| ACCOUNT NO. <br><br> **Max's Artesian Breads** <br> **P. O. Box 9322** <br> **Fresno, CA 93792-9322** | | | | | | | 993.00 |
| ACCOUNT NO. <br><br> **McHenry Square Investors, LLC** <br> **222 N. Sepulveda Blvd., Ste. 2222** <br> **El Segund, CA 90245** | | | **Terminated lease** | | | X | 0.00 |

Sheet no. ___21___ of ___40___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 88,763.30

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 11-62472    Filed 11/16/11    Doc 1

IN RE Dynaco, Inc.

_____     Case No. _____

Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mega Prints**<br>**4381 N. Brawley Avenue**<br>**Fresno, CA  93722** | | | | | | | 1,624.45 |
| ACCOUNT NO.<br>**Megableh LLC**<br>**dba Pacific Park LLC**<br>**1880 Howe Avenue, Suite 210**<br>**Sacramento, CA  95825** | | | **Terminated Lease** | | | | **unknown** |
| ACCOUNT NO.<br>**Messenger Publishing Group**<br>**7405 Greenback Lane, #129**<br>**Citurs Heights, CA  95810-5603** | | | | | | | 102.10 |
| ACCOUNT NO.<br>**Mid Valley Foods, Inc.**<br>**1864 Ackley Circle**<br>**Oakdale, CA  95381** | | | | | | | 16,003.30 |
| ACCOUNT NO.<br>**Mission Linen**<br>**602 South Western Avenue**<br>**Santa Maria, CA  93458-5446** | | | | | | | 1,546.76 |
| ACCOUNT NO.<br>**Mission Linen**<br>**1560 Venture Lane**<br>**Turlock, CA  95380-5766** | | | | | | | 2,098.33 |
| ACCOUNT NO.<br>**Mission Linen**<br>**1560 Venture Lane**<br>**Turlock, CA  95380-5766** | | | **Perko's - Brentwood** | | | | 1,069.78 |

Sheet no. __**22**__ of __**40**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 22,444.72

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ |

IN RE Dynaco, Inc._____ Case No. _____
         Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Mission Linen And Uniform** <br> **1340 West 7th Street** <br> **Chico, CA  95928-4907** | | | | | | | 3,756.90 |
| ACCOUNT NO. <br> **Mission Linen Service** <br> **2555 South Orange Avenue** <br> **Fresno, CA  93725** | | | | | | | 1,181.88 |
| ACCOUNT NO. <br> **Mission Linen Service** <br> **2555 South Orange Avenue** <br> **Fresno, CA  93725** | | | Huckleberry's - Tulare | | | | 180.82 |
| ACCOUNT NO. <br> **Mission Linen Service** <br> **2555 South Orange Avenue** <br> **Fresno, CA  93725** | | | Perko's - Exeter | | | | 448.48 |
| ACCOUNT NO. <br> **Mission Linen Service** <br> **2555 South Orange Avenue** <br> **Fresno, CA  93725** | | | Yukon Jack's - Fresno | | | | 58.21 |
| ACCOUNT NO. <br> **Mission Uniform** <br> **5665 E. Westover, #104** <br> **Fresno, CA  93727-1320** | | | | | | | 763.72 |
| ACCOUNT NO. <br> **Mo's Mowing & Landscaping** <br> **1138 E. Barnhard Road** <br> **Turlock, CA  95382** | | | | | | | 500.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. ___23___ of ___40___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 6,890.01

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE Dynaco, Inc. _____    Case No. _____
_____
Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Modern Wildlife Solutions P. O. Box 26821 Fresno, CA 93729 | | | | | | | 262.50 |
| ACCOUNT NO. Moving Targets 812 Chestnut Street Perkasie, PA 18944 | | | | | | | 2,154.60 |
| ACCOUNT NO. Muzak 3318 Lakemont Blvd. Fort Mill, SC 29708 | | | Huckleberry's - Tulare | | | | 302.66 |
| ACCOUNT NO. Muzak 3318 Lakemont Blvd. Fort Mill, SC 29708 | | | | | | | 188.03 |
| ACCOUNT NO. Muzak LLC P. O. Box 71070 Charlotte, NC 28272-1070 | | | Exeter | | | | 190.53 |
| ACCOUNT NO. Muzak LLC P. O. Box 71070 Charlotte, NC 28272-1070 | | | Huckleberry's - Fresno | | | | 288.57 |
| ACCOUNT NO. Newman Development Group Of Madera LLC 3101 Shippers Road P. O. Box 678 Vestal, NY 13851-0678 | | | | | | | 16,190.89 |

Sheet no. ___24___ of ___40___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 19,577.78

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Dynaco, Inc.</u>                                                                 Case No. _____
                        Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**NuCO2 LLC**<br>**P. O. Box 9011**<br>**Stuart, FL  34995** | | | | | | | 1,170.49 |
| ACCOUNT NO. <br><br>**Oberti-Alessini Rentals**<br>**P. O. Box 1247**<br>**Madera, CA  93639** | | | **Terminated lease** | | | X | 0.00 |
| ACCOUNT NO. <br><br>**Office Depot**<br>**P. O. Box 70025**<br>**Los Angeles, CA  90074-0025** | | | | | | | 1,152.31 |
| ACCOUNT NO. <br><br>**Omar Mohammad**<br>**465 Darrell Avenue**<br>**Hillsborough, CA  94010** | | | | | | | 15,647.32 |
| ACCOUNT NO. <br><br>**Oroweat Foods Of Boise**<br>**P. O. Box 16671**<br>**Boise, ID  83715** | | | | | | | 1,262.99 |
| ACCOUNT NO. <br><br>**Pacific Coast Carpet Cleaning**<br>**1801 Rosita Avenue**<br>**Santa Maria, CA  93458** | | | | | | | 491.65 |
| ACCOUNT NO. <br><br>**Pacific Fresh Seafood**<br>**C/O Pacific Seafood Co.**<br>**P. O. Box 842757**<br>**Boston, MA  02284-2757** | | | | | | | 678.22 |

Sheet no. ___<u>25</u>___ of ___<u>40</u>___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 20,402.98

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____    Case No. _____

Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Pacific Fresh Seafood**<br>C/O Pacific Seafood Co.<br>P. O. Box 842757<br>Boston, MA  02284-2757 | | | CHL - - SM | | | | 7,250.93 |
| ACCOUNT NO.<br>**Page Foods**<br>7635 Tobias Avenue<br>Van Nuys, CA  91405 | | | | | | | 194.50 |
| ACCOUNT NO.<br>**Pan Pacific Retail Properties**<br>6861 Douglas Boulevard<br>Granite Bay, CA  95746 | | | Terminated Lease | | | | 0.00 |
| ACCOUNT NO.<br>**Peerless Printers**<br>634 North First Street<br>Fresno, CA  93702 | | | | | | | 98.79 |
| ACCOUNT NO.<br>**Pepsi-Cola**<br>P. O. Box 841828<br>Dallas, TX  75284-1828 | | | CHL - Clovis | | | | 2,624.82 |
| ACCOUNT NO.<br>**Pepsi-Cola**<br>P. O. Box 841828<br>Dallas, TX  75284-1828 | | | Huckleberry's - Fresno | | | | 573.70 |
| ACCOUNT NO.<br>**Pepsi-Cola Company**<br>A Diision Of Pepsico, Inc.<br>P. O. Box 75948<br>Chicago, IL  60675-5948 | | | Service Account | | | | 82.73 |

Sheet no. __26__ of __40__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,825.47**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc.                                                                    Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pepsi-Cola Company<br>A Diision Of Pepsico, Inc.<br>P. O. Box 75948<br>Chicago, IL  60675-5948 | | | CHL - SM | | | | 2,327.15 |
| ACCOUNT NO.<br><br>Pepsi-Cola Company<br>A Diision Of Pepsico, Inc.<br>P. O. Box 75948<br>Chicago, IL  60675-5948 | | | Huckleberry's - Tulare | | | | 344.40 |
| ACCOUNT NO.<br><br>Pepsi-Cola Company<br>A Diision Of Pepsico, Inc.<br>P. O. Box 75948<br>Chicago, IL  60675-5948 | | | Perko's - Brentwood | | | | 516.60 |
| ACCOUNT NO.<br><br>Pepsi-Cola Company<br>A Diision Of Pepsico, Inc.<br>P. O. Box 75948<br>Chicago, IL  60675-5948 | | | Perko's - Exeter | | | | 687.60 |
| ACCOUNT NO.<br><br>PG&E<br>P. O. Box 997300<br>Sacramento, CA  95899 | | | | | | | 2,757.04 |
| ACCOUNT NO.<br><br>PG&E<br>P. O. Box 997300<br>Sacramento, CA  95899 | | | | | | | 5,424.79 |
| ACCOUNT NO.<br><br>Pirate Radio 104.1<br>P. O. Box 5579<br>Santa Maria, CA  93456 | | | | | | | 400.00 |

Sheet no. __27__ of __40__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 12,457.58

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 11-62472   Filed 11/16/11   Doc 1

IN RE Dynaco, Inc. _____   Case No. _____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Pitney Bowes Global Financial Services**<br>P. O. Box 371887<br>Pittsburgh, PA  15250-7857 | | | | | | | 123.94 |
| ACCOUNT NO.<br>**PK Sale, LLC**<br>P. O. Box 100550<br>Pasadena, CA  91189-0550 | X | | | | | | 0.00 |
| ACCOUNT NO.<br>**Praxiar Distribution, Inc.**<br>Dept. L A 21511<br>Pasadena, CA  91185-1511 | | | | | | | 22.38 |
| ACCOUNT NO.<br>**Pricketts Distributing**<br>123 M Street<br>Fresno, CA  93721 | | | | | | | 142.93 |
| ACCOUNT NO.<br>**ProClean Supply**<br>701 Kearney Avenue<br>Modesto, CA  95350-5715 | | | | | | | 90.68 |
| ACCOUNT NO.<br>**Purchase Power**<br>P. O. Box 371874<br>Pittsburgh, PA  15250-7874 | | | | | | | 266.61 |
| ACCOUNT NO.<br>**Quality Floor Care**<br>3513 W. Ashlan #103<br>Fresno, CA  93711 | | | | | | | 866.66 |

Sheet no. ___28___ of ___40___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,513.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Dynaco, Inc.</u>       Case No. _____
Debtor(s)                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Randy Properties, Ltd.<br>909 Sharnee Circle<br>Modesto, CA 95355 | | | Terminated lease | | | X | 0.00 |
| ACCOUNT NO.<br><br>Recology Yuba-Sutter<br>P. O. Box 60818<br>Los Angeles, CA 90060-0818 | | | | | | | 822.38 |
| ACCOUNT NO.<br><br>Red Mountain Asset Fund, LLC<br>Grubb & Ellis<br>Copperwood Square Dept. 8544<br>Los Angeles, CA 90084-8544 | | | | | | | 27,698.36 |
| ACCOUNT NO.<br><br>Res Com Pest Control<br>P. O. Box 180<br>Tulare, CA 93275-0180 | | | | | | | 65.00 |
| ACCOUNT NO.<br><br>Right Way Pumping Technology<br>2425 N. Pima Avenue<br>Fresno, CA 93722 | | | | | | | 400.00 |
| ACCOUNT NO.<br><br>Roger V. Jaffe<br>770 L Street, Suite 950<br>Sacramento, CA 95814 | | | | | | | 2,145.00 |
| ACCOUNT NO.<br><br>Ryan Federico<br>9647 Micron Avenue<br>Sacramento, CA 95827 | | | Co-Lessee | | | | unknown |

Sheet no. <u>29</u> of <u>40</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 31,130.74

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____     Case No. _____
            Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Safeway - PDA** <br> **11555 Dublin Canyon Road** <br> **Pleasanton, CA  94588** | | | | | | | 10,000.00 |
| ACCOUNT NO. <br> **Selective Security Systems, Inc.** <br> **P. O. Box 855** <br> **Nipomo, CA  93444** | | | | | | | 156.00 |
| ACCOUNT NO. <br> **Sequoia Beverage Company** <br> **P. O. Box 5025** <br> **Visalia, CA  93278-5025** | | | | | | | 187.77 |
| ACCOUNT NO. <br> **Shoes For Crews, LLC** <br> **File Lockbox 51151** <br> **Los Angeles, CA  90074-1151** | | | | | | | 1,829.14 |
| ACCOUNT NO. <br> **Sonoma County Land Company** <br> **6240 Montecito Boulevard** <br> **Santa Rosa, CA  95409** | | | **Installment Note** | | | | 39,383.38 |
| ACCOUNT NO. <br> **Sonora Plaza I, LLC** <br> **770 Tamalpais Drive, #401B** <br> **Corte Matera, CA  94925-1700** | | | **Terminated lease** | | | X | 0.00 |
| ACCOUNT NO. <br> **Southern California Edison** <br> **P. O. Box 300** <br> **Rosemead, CA  91722** | | | | | | | 2,310.15 |

Sheet no. ____30___ of ___40___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$  53,866.44

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____   Case No. _____
                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Southern Wine & Spirits** <br>**Dept. 1915** <br>**P. O. Box 61000** <br>**San Francisco, CA  94181-1915** | | | | | | | 1,703.20 |
| ACCOUNT NO. <br><br> **Southern Wine & Spirits** <br>**Dept. 1915** <br>**P. O. Box 61000** <br>**San Francisco, CA  94181-1915** | | | CHL YC | | | | 1,649.15 |
| ACCOUNT NO. <br><br> **Southern Wine & Spirits** <br>**Dept. 1915** <br>**P. O. Box 61000** <br>**San Francisco, CA  94181-1915** | | | | | | | 5,451.63 |
| ACCOUNT NO. <br><br> **Southern Wine & Spirits** <br>**Dept. 1915** <br>**P. O. Box 61000** <br>**San Francisco, CA  94181-1915** | | | Cool Hand Lukes - T | | | | 1,372.97 |
| ACCOUNT NO. <br><br> **Standard Restaurant Equipment Co.** <br>**6910 Fairview** <br>**Boise, ID  83704** | | | | | | | 10.00 |
| ACCOUNT NO. <br><br> **Stanley Convergent Security Solutions** <br>**Dept Ch 10651** <br>**Palatine, IL  60055** | | | | | | | 732.25 |
| ACCOUNT NO. <br><br> **State Compensation Insurance Fund** <br>**Attn:  Denise Burian** <br>**1275 Market Street** <br>**San Francisco, CA  94103** | | | | | | | 27,230.31 |

Sheet no. ___31___ of ___40___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 38,149.51

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____    Case No. _____
                     Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Stephen Investments, Inc.<br>2141 Tuolumne Street, Suite A<br>Fresno, CA  93721 | | | Lease default | | | | 16,979.55 |
| ACCOUNT NO. <br><br>Stone To Steel Knife Sharpening<br>9460 Coleen Drive<br>Boise, ID  83709 | | | | | | | 15.00 |
| ACCOUNT NO. <br><br>Stonewycke Partners<br>P. O. Box 2526<br>Eagle, ID  83616 | | | | | | | 14,200.00 |
| ACCOUNT NO. <br><br>Suburban Propane<br>2874 S. Cherry Avenue<br>Fresno, CA  93706-5405 | | | | | | | 26.72 |
| ACCOUNT NO. <br><br>Supreme Pressure Wash<br>P. O. Box 5225<br>Santa Maria, CA  93456 | | | | | | | 125.00 |
| ACCOUNT NO. <br><br>Sutter Buttes Market Place Partners, LLC<br>1210 Stabler Lane<br>Yuba City, CA  95993 | | | | | | | 35,000.00 |
| ACCOUNT NO. <br><br>Sysco Idaho, Inc.<br>P. O. Box 17007<br>Boise, ID  83717-0007 | | | Eagle, Idaho | | | | 51,162.47 |

Sheet no. __32__ of __40__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **117,508.74**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____     Case No. _____
                        Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sysco Of Central California<br>P. O. Box 729<br>Modesto, CA  95353-0729 | | | Cool Hand Lukes - Clovis     $98,468.62<br>Cool Hand Lukes - Santa Maria  $67,798.49<br>Cool Hand Lukes - Turlock    $38,124.85<br>Cool Hand Lukes - Yuba City  $77.040.83 | | | | 281,432.79 |
| ACCOUNT NO.<br><br>Sysco Of Central California<br>P. O. Box 729<br>Modesto, CA  95353-0729 | | | Huckleberry's - Fresno | | | | 24,322.97 |
| ACCOUNT NO.<br><br>Sysco Of Central California<br>P. O. Box 729<br>Modesto, CA  95353-0729 | | | Huckleberry's - Tulare | | | | 11,469.67 |
| ACCOUNT NO.<br><br>Sysco Of Central California<br>P. O. Box 729<br>Modesto, CA  95353-0729 | | | Meat Plant | | | | 1,039.07 |
| ACCOUNT NO.<br><br>Sysco Of Central California<br>P. O. Box 729<br>Modesto, CA  95353-0729 | | | Perko's - Brentwood | | | | 13,428.92 |
| ACCOUNT NO.<br><br>Sysco Of Central California<br>P. O. Box 729<br>Modesto, CA  95353-0729 | | | Perko's - Exeter | | | | 14,445.00 |
| ACCOUNT NO.<br><br>T's Maintenance Fresno<br>782 E. Ellery Avenue<br>Fresno, CA  93710 | | | | | | | 82.50 |

Sheet no. ___33___ of ___40___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $ 346,220.92

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____     Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Tab Miller Electric** <br> **110 Pomeroy Road** <br> **Nipomo, CA  93444** | | | | | | | 1,730.00 |
| ACCOUNT NO. <br> **Telephone Jacks** <br> **4585 Maple Drive** <br> **Oceanside, CA  95056** | | | | | | | 145.99 |
| ACCOUNT NO. <br> **Testamentary Trust Of Umberto Sarno** <br> **c/o Pacific West Asset Management Corp.** <br> **P. O. Box 19068** <br> **Irvine, CA  92623-9068** | | | **Terminated Lease** | | | | 0.00 |
| ACCOUNT NO. <br> **The Beebe Family Trust** <br> **J. Allen Beebe** <br> **801 10th Street, 5th Floor Ste 1** <br> **Modesto, CA  95354** | | | | | | | 72,000.00 |
| ACCOUNT NO. <br> **The Cliffs Resort** <br> **2757 Shell Beach Road** <br> **Shell Beach, CA  93449** | | | | | | | 1,719.99 |
| ACCOUNT NO. <br> **The Eagle Informer** <br> **P. O .Box 2284** <br> **Eagle, ID  83616-2284** | | | | | | | 300.00 |
| ACCOUNT NO. <br> **The Foothills Sun Gazette** <br> **P. O. Box 7** <br> **Exeter, CA  93221** | | | | | | | 167.00 |

Sheet no. ____34__ of ____40__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ 76,062.98

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc.

Debtor(s)                                                    Case No. _____

                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. The Fresno Bee 1626 E. Street Fresno, CA 93786-0001 | | | | | | | 1,443.61 |
| ACCOUNT NO. The Original Mel's, Inc. 119 Pennock Court Folsom, CA 95630 | | | | | | | 8,230.20 |
| ACCOUNT NO. Thomas Nast, Esq. 2246 E. Date Avenue Fresno, CA 93708 | | | | | | | 2,000.00 |
| ACCOUNT NO. Tippecanoe Northpointe, LLC 846 W. Foothill Blvd., Ste. G Upland, CA 91786 | | | Terminated Lease | | | | 0.00 |
| ACCOUNT NO. Tognazzini Beverage Service 241 E. Roemer Way Santa Maria, CA 93454 | | | | | | | 161.64 |
| ACCOUNT NO. Tom Nast 720 E. North Avenue, Suite 108 Fresno, CA 93725 | | | Promissory Note - Stock Redemption | | | | 234,598.00 |
| ACCOUNT NO. Toshiba Financial Services P. O. Box 31001-0271 Pasadena, CA 91110-0271 | | | | | | | 587.57 |

Sheet no. ___35__ of ___40__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 247,021.02

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

IN RE Dynaco, Inc. _____    Case No. _____
Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Tulare County Environmental Health** 56=957 S. Mooney Blvd Visalia, CA 93277 | | | | | | | 1,492.00 |
| ACCOUNT NO. **Turlock Journal** P. O. Box 800 Turlock, CA 95381 | | | | | | | 1,370.00 |
| ACCOUNT NO. **TW Telecom** P. O. Box 172567 Denver, CO 80217-2567 | | | | | | | 1,858.92 |
| ACCOUNT NO. **U-Verse** P. O. Box 5014 Carol Stream, IL 60197-5014 | C | | Huckleberry's - Tulare | | | | 80.00 |
| ACCOUNT NO. **unWired Broadband** 364 W. Fallbrook #102 Fresno, CA 93711 | | | | | | | 299.85 |
| ACCOUNT NO. **Valley Gateway Investments** 4430 A Street Pollock Pines, CA 95726 | | | Terminated Lease | | | | 0.00 |
| ACCOUNT NO. **Valley Shredding, Inc.** P. O. Box 28575 Fresno, CA 93729 | | | | | | | 30.00 |

Sheet no. __36__ of __40__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 5,130.77

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE Dynaco, Inc. _____    Case No. _____
                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Valley Sparkling Image**<br>2115 E. Olympic Avenue<br>Fresno, CA  93730 | | | | | | | 454.29 |
| ACCOUNT NO.<br>**Valley Spuds**<br>910 Commercial Avenue<br>Oxnard, CA  93030 | | | | | | | 5,149.75 |
| ACCOUNT NO.<br>**Valley Wide Beverage Co.**<br>4010 E. Hardy Avenue<br>Fresno, CA  93725 | | | Cool Hand Lukes - Clovis | | | | 382.05 |
| ACCOUNT NO.<br>**Valley Wide Beverage Co.**<br>4010 E. Hardy Avenue<br>Fresno, CA  93725 | | | Perko's - Exeter | | | | 564.35 |
| ACCOUNT NO.<br>**ValPrint**<br>P. O. Box 1232<br>Fresno, CA  93777 | | | | | | | 37,261.34 |
| ACCOUNT NO.<br>**Verizon**<br>P. O. Box 920041<br>Dallas, TX  75392 | | | | | | | 121.02 |
| ACCOUNT NO.<br>**Visa**<br>P. O. Box 30131<br>Tampa, FL  33630-3131 | | | | | | | 11,119.50 |

Sheet no. __37__ of __40__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 55,052.30

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____     Case No. _____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Visalia Limited Partnership**<br>**13245 Riverside Drive, Suite 500**<br>**Sherman Oaks, CA  91423** | | | **Terminated lease** | | | X | 0.00 |
| ACCOUNT NO.<br>**Visalia Times-Delta**<br>**P. O. Box 677393**<br>**Richardson, TX  75287-7393** | | | | | | | 254.76 |
| ACCOUNT NO.<br>**Waffles Of California, Inc.**<br>**P. O. Box 1448**<br>**Brea, CA  92822-1448** | | | | | | | 395.47 |
| ACCOUNT NO. X<br>**Westamerica Bank**<br>**P. O. Box 1260**<br>**Suisun City, CA  94585** | X | | | | | | 4,000.00 |
| ACCOUNT NO.<br>**Western Investment Real Estate Trust**<br>**P. O. Box 2695**<br>**Roseville, CA  95746** | | | **Terminated Lease** | | | | 0.00 |
| ACCOUNT NO.<br>**Windows Of Heaven**<br>**3741 Bryce Place**<br>**Santa Maria, CA  93465** | | | | | | | 320.00 |
| ACCOUNT NO.<br>**Worldwide Express**<br>**910 Hampshire Road, Suite V**<br>**Westlake Village, CA  91361** | | | | | | | 884.26 |

Sheet no. __38__ of __40__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 5,854.49

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____    Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Yesco LLC <br> P. O. Box 11676 <br> Tacoma, WA  98411-6676 | | | | | | | 3,775.05 |
| ACCOUNT NO. <br> Young's Market <br> P. O. Box 30145 <br> Los Angeles, CA  90030-0145 | | | Cool Hand Luke's - Santa Maria | | | | 472.21 |
| ACCOUNT NO. <br> Young's Market <br> P. O. Box 30145 <br> Los Angeles, CA  90030-0145 | | | | | | | 1,452.52 |
| ACCOUNT NO. <br> Yuba Raley's 2003, LLC <br> c/o Ray Stone, Inc. <br> 550 Howe Avenue, Suite 200 <br> Sacramento, CA  95825 | | | Terminated Lease | | | | 0.00 |
| ACCOUNT NO. <br> Zasio Investments, LLC <br> 12601 W. Explorer Drive, #250 <br> Boise, ID  83713 | | | Terminated Lease | | | | 0.00 |
| ACCOUNT NO. <br> Zee Medical Company #72 <br> P. O. Box 22 <br> Fair Oaks, CA  95628 | | | Brentwood | | | | 437.21 |
| ACCOUNT NO. <br> Zee Medical Service Co <br> 4221 W. Sierra Madre, Suite 104 <br> Fresno, CA  93722-3978 | | | | | | | 177.27 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. __39__ of __40__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 6,314.26

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

IN RE Dynaco, Inc.
_____     Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Zee Medical Service Co #34<br>107 Bryant Street<br>Ojai, CA 93023 | | | Cool Hand Luke's - Santa Maria | | | | 143.22 |
| ACCOUNT NO.<br><br>Zoom Imaging Solutions, Inc.<br>4603 W. Jennifer Road<br>Fresno, CA 93722 | | | | | | | 836.60 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __40__ of __40__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 979.82

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 3,108,528.30

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** Dynaco, Inc. _____    Case No. _____
Debtor(s)    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Stephen Investments, Inc.<br>2141 Tuolumne Street, Suite A<br>Fresno, CA 93721 | Lease of 1083 E. Champlain Drive, Fresno, California |
| Lori Keller<br>8677 Villa La Jolla Drive #1212<br>La Jolla, CA 92037 | Lease of 110 Knoll Road, San Marcos, California |
| Megableh LLC<br>dba Pacific Park LLC<br>1880 Howe Avenue, Suite 210<br>Sacramento, CA 95825 | Lease of 1102 Visalia Road, Suite 108, Exeter, California |
| Hastings Family Trust<br>504 First Street, #A<br>Paso Robles, CA 93446 | Lease of 1111 Rierside Avenue, #20, Paso Robles, California |
| Hastings Family Trust<br>504 First Street, #A<br>Paso Robles, CA 93446 | Lease of 1111 Riverside Avenue, #201 |
| Castello Properties<br>P. O. Box 320426<br>Los Gatos, CA 95032-0107 | Lease of 1135 Second Street, Brentwood, California |
| Denela, LLC<br>910 Via Palo<br>Nipomo, CA 93444 | Lease of 1321 S. Nicholson, Santa Maria, California |
| David Day<br>351 N. Walnut Avenue, #15`<br>Turlock, CA 95380 | Lease of 1442 Cherry Court, Tulare, California |
| De Mar, LLC<br>1951 Golden Way<br>Mountain View, CA 94040 | Lease of 1470 Cherry Court, Tulare, CA 93274 |
| Sutter Buttes Marketplace Partners, LLC<br>1210 Stabler Lane<br>Yuba City, CA 95993 | Lease of 1669 Colusa Avenue, Yuba City, CA 95991 |
| Valley Gateway Investments<br>4430 A Street<br>Pollock Pines, CA 95726 | Lease of 1715 W. Highway 140, Merced, California |
| Sonoma Land Company<br>6240 Montecito Boulevard<br>Santa Rosa, CA 95409 | Lease of 1740 S. Main Street, Willits, California |
| Newman Development Of Madera, LLC<br>2255 Van Ness Avenue, #102<br>San Francisco, CA 94109 | Lease of 1830 W. Cleveland Avenue, Madera, California |
| Famco Enterprises<br>6366 N. Figarden Drive, #11<br>Fresno, CA 93722 | Lease of 222 E. Bullard Avenue, Fresno, California |
| Testamentary Trust Of Umberto Sarno<br>c/o Pacific West Asset Management Corp.<br>P. O. Box 19068<br>Irvine, CA 92623-9068 | Lease of 2339 Highway 46, Wasco, California |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dynaco, Inc. _____     Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Pan Pacific Retail Properties<br>6861 Douglas Boulevard<br>Granite Bay, CA 95746 | Lease of 2485 Notre Dame Blvd., Ste. 800, Chico, California |
| Elk Grove & I-5 LLC<br>705 Gold Lake Drive, #345<br>Folsom, CA 95360 | Lease of 2505 Riparian Drive, #100, Elk Grove, CA |
| Elk Grove & I-5 LLC<br>705 Gold Lake Drive, #345<br>Folsom, CA 95360 | Lease of 2605 Riparian Drive, Elk Grove, California |
| Western Investment Real Estate Trust<br>P. O. Box 2695<br>Roseville, CA 95746 | Lease of 2631 Balls Ferry Road, Anderson, California |
| Zasio Investments, LLC<br>12601 W. Explorer Drive, #250<br>Boise, ID 83713 | Lease of 291 E. Shore Drive, #101, Eagle, Idaho |
| Corpuz Trust<br>2887 McLaughlin Avenue, #A<br>San Jose, CA 95121 | Lease of 2921 C Harbor Street, Pittsburg, California |
| Beebe Family Trust<br>801 10th Street, 5th Floor<br>Modesto, CA 95354 | Lease of 3050 Tegner Road, Turlock, California |
| The Original Mel's<br>4980 Golden Foothill Parkway, #140<br>Eldorado Hills, CA 95762 | Lease of 3101 Travis Boulevard #B, Fairfield, California |
| Highway 88 And 99 Land Company<br>532 San Ramon Valley Voulevard<br>Danville, CA 94526 | Lease of 4300 E. Waterloo Road, Stockton, California |
| Mantelli Family Trust<br>501 Abrego Street<br>Montere, CA 93940 | Lease of 625 S. Clovis Avenue, Fresno, California |
| DAHA Investments<br>345 Hickory Street<br>Red Bluff, CA 96080 | Lease of 6400 Westside Road, Redding, California |
| Red Mountain Assets Fund I, LLC<br>7355 N. Palm Avenue, #103<br>Fresno, CA 93711 | Lease of 6986 Sunrise Boulevard, Citrus Heights, California |
| Red Mountain Assets Fund I, LLC<br>7355 N. Palm Avenue, #103<br>Fresno, CA 93711 | Lease of 7040 Sunrise Boulevard, Citrus Heights, California |
| Yuba Raley's 2003, LLC<br>c/o Ray Stone, Inc.<br>550 Howe Avenue, Suite 200<br>Sacramento, CA 95825 | Lease of 725 Onstott Road, Yuba City, California |
| PK Sale, LLC<br>P. O. Box 100550<br>Pasadena, CA 91189-0550 | Lease of 8075 Watt Avenue, Antelope, California |
| Safeway - PDA<br>11555 Dublin Canyon Road<br>Pleasanton, CA 94588 | Lease of 829 11th Street, Lakeport, California |
| Clovis, LLC<br>7355 N. Palm Avenue, #103<br>Fresno, CA 93711 | Lease of 955 E. Shaw Avenue, Clovis, California |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Dynaco, Inc.
_____    Case No. _____
　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Tippecanoe Northpointe, LLC**<br>**846 W. Foothill Blvd., Ste. G**<br>**Upland, CA  91786** | **Lease of 996 E. Hospitality Lane, San Bernardino, California** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 11-62472    Filed 11/16/11    Doc 1

**IN RE** <u>Dynaco, Inc.</u> _____    Case No. _____
Debtor(s) (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alllen Beebe**<br>**801 10th Street, 5th Floor, Ste. 1**<br>**Modesto, CA  95354** | **Clovis, LLC**<br>**7355 N. Palm Avenue, #103**<br>**Fresno, CA  93711** |
| **David Federico**<br>**9647 Micron Avenue**<br>**Sacramento, CA  95827** | **PK Sale, LLC**<br>**P. O. Box 100550**<br>**Pasadena, CA  91189-0550** |
| **Deanna Lambka**<br>**547 Park Street**<br>**Lodi, CA  95240** | **PK Sale, LLC**<br>**P. O. Box 100550**<br>**Pasadena, CA  91189-0550** |
| **Randy and Deborah  Brooks** | **Westamerica Bank**<br>**2891 Geer Road**<br>**Turlock, CA  95382** |
| | **Westamerica Bank**<br>**2891 Geer Road**<br>**Turlock, CA  95382** |
| | **Westamerica Bank**<br>**2891 Geer Road**<br>**Turlock, CA  95382** |
| | **Leaf Funding, Inc.**<br>**P. O. Box 64406**<br>**Cincinnati, OH  45264-4006** |
| | **Westamerica Bank**<br>**2891 Geer Road**<br>**Turlock, CA  95382** |
| | **Westamerica Bank**<br>**P. O. Box 1260**<br>**Suisun City, CA  94585** |
| | **Westamerica Bank**<br>**P. O. Box 1260**<br>**Suisun City, CA  94585** |
| **Ryan Federico**<br>**9647 Micron Avenue**<br>**Sacramento, CA  95827** | **PK Sale, LLC**<br>**P. O. Box 100550**<br>**Pasadena, CA  91189-0550** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Dynaco, Inc.** _____   Case No. _____
                        Debtor(s)                                              (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____
                                                                                        Debtor

Date: _____   Signature: _____
                                                                                (Joint Debtor, if any)
                                                      [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____
_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Dynaco, Inc.** _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**56**_____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **11/05/11**   Signature: _____

                                  **Randy Brooks** _____
                                                      (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

## United States Bankruptcy Court
## Eastern District of California

**IN RE:**                                                                   Case No. _____

<u>Dynaco, Inc.</u> _____   Chapter <u>11</u> _____
                                    Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
| --- | --- |
| 11,091,021.00 | Income - July 1, 2009 - June 30, 2010 |
| 16,574,820.00 | Income - July 1, 2010 - June 30,2011 |
| 4,398,537.00 | Income - July 1, 2011 - September 30, 2011 |

### 2. Income other than from employment or operation of business

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See  Exhibit A | | 6,109.21 | 0.00 |

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Craig Yates v. Dynaco; CV-11-0873 DMR** | **Civil Rights** | **Northern District Court of California** | **Judgment** |
| **Challenge Dairy Products v. Dynaco; 11CESC02018** | **Collection** | **Fresno County Small Claims Court** | **Pending** |
| **Red Mountain Asset Fund v. Dynaco; 34-2011-00111487** | **Unlawful Detainer** | **Sacramento Superior Court** | **Pending** |
| **David Kay v. Dynaco; 11-244922** | **Unlawful Detainer** | **Tulare County Superior Court** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**Exhibit A - Statement of Affairs – Item 3b – Payment to Creditors**

| | |
|---|---:|
| Phillips 66-Conoco 76 | $5,566.23 |
| Stephen Investments, Inc | $5,659.85 |
| WestAmerica - 7706115287 HBf | $5,688.37 |
| ValPrint | $5,837.60 |
| PG&E - Brentwood | $6,109.21 |
| Idaho Power | $6,247.83 |
| Southern California Edison - Tulare | $6,353.88 |
| Stanislaus County Tax Collector | $6,375.95 |
| ISLD | $6,825.38 |
| Randy Brooks - Vendor | $7,000.00 |
| WestAmerica - 7705789987 YJe | $7,073.45 |
| Radiant Systems - Hucks | $7,100.00 |
| Pacifica Park LLC | $7,362.42 |
| CWC Diversified, Inc. | $7,728.88 |
| Jeff Carter | $7,800.00 |
| Apollo Equipment Repair | $7,843.63 |
| Castello Properties | $8,000.00 |
| Life Deck | $8,500.00 |
| Ameritas | $8,530.56 |
| Radiant Systems - CHL | $8,743.14 |
| Southern Wine & Spirits - CHL YC | $8,966.50 |
| State Compensation - Landlord | $9,076.77 |
| Casual Dining | $9,158.75 |
| Donaghy - CHL Clovis | $9,260.73 |
| Tom Nast | $9,316.19 |
| Southern Wine & Spirits - CHLT | $9,651.55 |
| Scott Allred - Vendor | $9,734.58 |
| C & C Properties | $10,000.00 |
| River Valley Community Bank | $10,020.70 |
| Sutter County Tax Collector | $10,035.23 |
| PG&E - Hucks Fresno | $10,288.16 |
| Nordic Beer Systems Inc. | $10,310.00 |
| DK Development | $10,602.00 |
| HTS Sign Systems | $10,903.00 |
| WestAmerica Bank | $11,000.00 |
| WestAmerica - 7705775987 YJf | $11,238.18 |

**Exhibit A – Statement of Affairs – Item 3b – Payment to Creditors - 2**

| | |
|---|---:|
| California Business Escrow | $11,440.00 |
| Southern Wine & Spirits | $11,507.80 |
| Fresno County Tax Collector | $11,675.92 |
| TID Water & Power | $13,154.68 |
| Chris Bahne - Equipment Shop | $13,237.45 |
| Red Mountain Group - CHL Citrus Heights | $13,849.18 |
| Economy Restaurant Equipment | $14,349.19 |
| PG&E - CHLSM | $14,368.98 |
| LEAF Funding, Inc. | $14,980.00 |
| Joe Archuleta - Vendor | $15,677.66 |
| Tippecanoe Northpointe, LLC | $15,691.00 |
| Pacific Fresh Seafood - CHLSM | $16,598.30 |
| Southern Wine & Spirits - CHLSM | $17,726.03 |
| PG&E - Meat Plant | $17,756.87 |
| PG&E - CHL Yuba City | $18,988.11 |
| First Bank - CHLSM Rent | $19,170.00 |
| Midwest Insurance Company | $21,761.00 |
| Harris Ranch | $24,000.00 |
| Bank of the West | $24,232.38 |
| PG&E - CHL Clovis | $24,252.27 |
| Visa | $24,986.60 |
| Highway 88 & 99 Land Co | $27,600.00 |
| Famco Enterprises | $32,000.00 |
| Original Mel's, Inc | $32,920.80 |
| Sutter Buttes Market Place Partners, LLC | $35,000.00 |
| Hervey T Brooks | $36,000.00 |
| Grubb & Ellis - CHL Clovis | $44,860.77 |
| Stonewycke Partners | $45,116.38 |
| Newman Development Group | $50,082.31 |
| Blueshield | $64,886.94 |
| Golden Eagle Insurance | $68,937.05 |
| Sysco - CHL Eagle ID | $100,594.55 |
| J & D Food Service | $891,103.57 |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **McCormick Barstow**<br>**5 River Park Place East**<br>**Fresno, CA  93720** | **11/1/2011** | **15,000.00** |
| **McCormick Barstow**<br>**5 River Park Place East**<br>**Fresno, CA  93720** | **11/9/2011** | **20,000.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **WestAmerica Bank** | **166133256** | **October 2011** |
| **WestAmerica Bank** | **623317997** | **October 2011** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **WestAmerica Bank** | **11/4/2011** | **14,800.00** |

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Dynaco, Inc** | | **10 Riverpark Place East, Suite 104 Fresno, CA 93720** | **Retail Food** | **1983 - Present** |
| **Dynaco Franchising, Inc.** | | **10 Riverpark Place East, Suite 104 Fresno, CA 93720** | **Franchisor** | **1983 - Present** |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS          DATES SERVICES RENDERED
**Jeff Carter, CPA**
**1355 11th Street**
**Reedley, CA  93654**

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| 10/31/2011 | Fred Wittwer | $162,364.25 |
|  | Fred Wittwer | $21,259.96 |
| 10/31/2011 | Matt Wyrick | $27,720.37 |
| 10/31/2011 | Matt Wagner | $7,340.89 |
| 10/31/2011 | Shawn Van Pelt | $38,726,41 |
| 10/31/2011 | Brian Patterson | $24,983.39 |
| 10/31/11 | Ron French | $25,048.34 |
| 10/31/2011 | Jesse Villicana | $23,777.99 |

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Linda Brooks | Stockholder | 5% |
| Chris Bahne | Stockholder | 7% |
| Robin Bahne | Stockholder | 7% |
| Randy Brooks | CEO/President/Stockholder | 27% |
| Deborah Brooks | Secretary/Stockholder | 27% |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Randy Brooks** **President** | | **$127,805.00** |
| **Deborah Brooks** **Secretary** | | **$79,551.50** |
| **Scott Allred** **Shareholder** | | **$20,384.01** |
| **Kelly Allred** **Shareholder** | | **$48,712.50** |
| **Joe Archuleta** **Shareholder** | | **$58,188.01** |
| **Dmitri Istomin** **CFO/Director** | | **$101,695.50** |
| **Chris Bahne** **Shareholder** | | **$106,491.10** |

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: 11/15/11          Signature: _____

Randy Brooks, President      <span>*[signature]*</span>

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
## Eastern District of California

IN RE:                                                        Case No. _____

Dynaco, Inc. _____    Chapter **11** _____
                          Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____    Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                                    the Social Security number of the officer,
_____    principal, responsible person, or partner
_____    of the bankruptcy petition preparer.)
**X** _____    (Required by 11 U.S.C. § 110.)
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Dynaco, Inc. _____    **X** _____  11/15/11
Printed Name(s) of Debtor(s)                        Signature of Debtor                              Date

Case No. (if known) _____    **X** _____  _____
                                                          Signature of Joint Debtor (if any)              Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

**United States Bankruptcy Court**
**Eastern District of California**

IN RE:                                                           Case No. _____

Dynaco, Inc. _____ Chapter **11** _____

<span style="text-align:center">Debtor(s)</span>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................................ $ _____ **35,000.00**

    Prior to the filing of this statement I have received ................................................... $ _____ **35,000.00**

    Balance Due ............................................................................................. $ _____ **0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____11-15-11_____                      _____
<span>Date</span>

Hilton A. Ryder
McCormick Barstow LLP
5 River Park Place East
Fresno, CA  93720-1501
